UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUIS TENEGUSNAY,
on behalf of himself and
FLSA Collective Plaintiffs,

        Plaintiffs,

v.

BUONA FORTUNA, INC. d/b/a BASSO56,
BARBASSO, INC. d/b/a, BAR BASSO,
ALEKSANDER KOLA, and
PAOLO CATINI,

        Defendants.

------------------------------------------------------------x

Civ. No.: 16-CV-4675 (WHP)

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S' COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to and including September 2, 2016;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline for some Defendants to respond of July 28, 2016 have been made;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that Defendants hereby waive any defenses based on alleged defects in service of process,

without prejudice to Defendants' position that some or all Defendants are not proper parties to the instant action;

| | |
|---|---|
| LEE LITIGATION GROUP, PLLC<br>*ATTORNEYS FOR PLAINTIFFS*<br>30 East 39th Street, Second Floor<br>New York, New York 10016<br>(212) 465-1188<br><br>By: _____<br>C.K. LEE, ESQ.<br>ANNE SEELIG, ESQ.<br><br>Dated: 7.27.16 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _____<br>NOEL P. TRIPP, ESQ.<br><br><br>Dated: 7/28/16 |

SO ORDERED:

_____  7/29/16
WILLIAM H. PAULEY III
U.S.D.J.

4841-2802-5397, v. 1