Representing Management Exclusively in Workplace Law and Related Litigation

# jackson|lewis
Attorneys at Law

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS: TRIPPN@JACKSONLEWIS.COM

*through an affiliation with Jackson Lewis P.C., a Law Corporation

September 1, 2016

**VIA ECF**

The Honorable William H. Pauley, III
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1920
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Luis Tenegusnay v. Buona Fortuna, Inc., et al.*
Civil Case No.: 16-cv-04675

Dear Judge Pauley:

We represent Defendants in the above-referenced action and write pursuant to Rule 1.D. of Your Honor's Individual Rules and Practices together with Plaintiff's counsel to request adjournment of the initial pretrial conference currently scheduled for September 9, 2016 at 12:30 PM (DKT 13) to a date thereafter convenient to the Court. Contemporaneously with this letter, the parties have submitted a stipulation extending Defendants' time to respond to the Complaint to and including September 16, 2016, and the adjournment will permit issue to be joined prior to the initial conference. The parties have conferred and are available on September 23, September 30 or October 7, 2016, at the Court's convenience. We thank the Court for its consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

Noel P. Tripp

NPT:dc

The initial pre-trial conference is adjourned to October 7, 2016 at 11:00 a.m.

cc: C.K. Lee, Esq. (via ECF)
4838-0273-8231, v. 1

SO ORDERED:

9/1/16

_____
WILLIAM H. PAULEY III
U.S.D.J.