UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LUIS TENEGUSNAY,
on behalf of himself and
FLSA Collective Plaintiffs,

        Plaintiffs,

        v.                             Civ. No.: 16-CV-4675

BUONA FORTUNA, INC. d/b/a BASSO56,
BARBASSO, INC. d/b/a, BAR BASSO,
ALEKSANDER KOLA, and
PAOLO CATINI,

        Defendants.

---------------------------------------------------------------x

## SECOND STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S' COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter is extended to and including September 16, 2016;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that ONE previous requests for extension of the current deadline Defendants to respond of September 2, 2016 was made and granted;

SO ORDERED:

_____    **9/1/16**
WILLIAM H. PAULEY III
U.S.D.J.

| | |
|---|---|
| LEE LITIGATION GROUP, PLLC<br>*ATTORNEYS FOR PLAINTIFFS*<br>30 East 39th Street, Second Floor<br>New York, New York 10016<br>(212) 465-1188<br><br>By: _____<br>C.K. LEE, ESQ.<br>ANNE SEELIG, ESQ.<br><br>Dated: __9 • 1 • 16__ | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _____<br>NOEL P. TRIPP, ESQ.<br><br><br>Dated: __9/1/16__ |

SO ORDERED on this ____ day of _____, 2016

_____
United States District Judge

4814-9193-8871, v. 1