UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TENEGUSNAY,
*on behalf of himself and*
*FLSA Collective Plaintiffs,*

                 Plaintiff,

Case No.: 16-CV-4675

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

v.

BUONA FORTUNA, INC. d/b/a BASSO56,
BARBASSO, INC. d/b/a BAR BASSO,
ALEKSANDER KOLA, and
PAOLO CATINI,

                 Defendants.

**PLEASE TAKE NOTICE** that the claims of Plaintiff, LUIS TENEGUSNAY, are hereby dismissed without prejudice, in their entirety, as against the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: September 16, 2016
       New York, New York

                                 Lee Litigation Group, PLLC
                                 30 East 39th Street, Second Floor
                                 New York, NY 10016
                                 Phone: (212) 465-1188

                                 C.K. Lee, Esq. (CL 4086)

SO ORDERED:

_____   9/16/16
     U.S.D.J